HF

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 12 2010

JAMES R. LARSEN, CLERK
DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSE LUIS MANZO,
LUIS ALBERTO LOPEZ,
RAFAEL GUERRERO,
SANTOS MENDOZA,
JOEL QUINTANA-ORTIZ,

Defendants.

CR-07-2071-WFN-1
CR-07-2071-WFN-2
CR-07-2071-WFN-3
CR-07-2071-WFN-5
CR-07-2071-WFN-6

Final Order of Forfeiture

WHEREAS, on March 31, May 1, and August 14, 2008, the Court entered Preliminary Orders of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853, preliminarily forfeiting to the United States the following:

-Approximately $301,110.00 in United States currency seized on or about April 26, 2007.

WHEREAS Defendant JOSE LUIS MANZO'S interest in the currency described above was forfeited to the United States pursuant to the guilty verdict and judgment filed herein.

WHEREAS Defendant LUIS ALBERTO LOPEZ'S interest in the currency described above was forfeited to the United States pursuant to the guilty verdict and judgment filed herein.

WHEREAS Defendant RAFAEL GUERRERO'S interest in the currency described above was forfeited to the United States pursuant to the guilty verdict and judgment filed herein.

WHEREAS Defendant SANTOS MENDOZA'S interest in the currency described above was forfeited to the United States pursuant to the guilty plea and judgment filed herein.

WHEREAS at Defendant JOEL QUINTANA-ORTIZ's sentencing hearing, the parties addressed the forfeiture of the $301,110.00 U.S. currency, and Defendant indicated that he makes no claim to the money seized. The Court then found that the Defendant waived any rights to the $301,110.00 currency seized, therefore, Defendant JOEL QUINTANA-ORTIZ's interest in the currency described above was forfeited to the United States pursuant to the Court's finding and the judgement filed herein.

WHEREAS, 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2, require the resolution of all third-party claims to the property in the final order of forfeiture.

On May 28, June 4, and 11, 2008, the Notice of Preliminary Order of Forfeiture was published in the Clackamas Review, a newspaper of general circulation in Clackamas County, Oregon, which notified all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the currency described above. In addition, Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning August 16, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. At the latest, the claim period expired on October 15, 2008.

No claims were filed in the United States Drug Enforcement's administrative forfeiture action. No petitions or claims were filed in this criminal matter.

It appearing to the Court that Defendant, JOSE LUIS MANZO's interest has been resolved by the judgement filed herein;

It appearing to the Court that Defendant, LUIS ALBERTO LOPEZ's interest has been resolved by the judgment filed herein;

It appearing to the Court that Defendant, RAFAEL GUERRERO's interest has been resolved by the judgement filed herein;

It appearing to the Court that Defendant, SANTOS MENDOZA's interest has been resolved by the judgement filed herein;

It appearing to the Court that Defendant, JOEL QUINTANA-ORTIZ's interest has been resolved by the judgement filed herein.

It further appearing to the Court that no timely claims or petitions have been made claiming an interest in the currency;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the $301, 110.00 U.S. currency, described herein, is hereby condemned and forfeited to the United States of America and no interest shall exist in any other person.

IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the forfeited property in accordance with law.

ORDERED this 12th day of August, 2010.

Wm. Fremming Nielsen
Senior United States District Judge

Presented by:

James A. McDevitt
United States Attorney

s/Jane Kirk

Jane Kirk
Assistant United States Attorney