UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIS MANZO, <br><br> Defendant. | NO. 2:07-CR-2042-LRS-2 <br>      2:07-CR-2071-LRS-1 <br>      2:07-CR-2088-LRS <br><br> **ORDER DENYING MOTION TO REDUCE SENTENCE** |

**BEFORE THE COURT** is Defendant's Motion To Reduce Sentence Pursuant To 18 U.S.C. §3582(c)(2) And The First Step Act of 2018. (ECF No. 877 in 2:07-CR-2042-LRS-2; ECF No. 644 in 2:07-CR-2071-LRS-1; and ECF No. 86 in 2:07-CR-2088-LRS).

Defendant contends he is eligible for relief pursuant to Section 402 of the First Step Act which broadened the safety valve provision of 18 U.S.C. § 3553(f) so as lessen the limitations on those qualifying for relief from statutory mandatory minimum sentences. In 2:07-CR-2042-LRS-2, Defendant was convicted of Distribution of a Controlled Substance charged in Count 10 of the Indictment, subjecting him to a mandatory minimum term of 10 years (120 months).

Defendant is not eligible for relief pursuant to Section 402 of the First Step Act. Section 402 applies only to a conviction entered on or after the date of the enactment of the First Step Act which is December 21, 2018. Defendant

**ORDER DENYING MOTION- 1**

was convicted in April 2013. (See Amended Resentencing Judgment, ECF No. 785 in 2:07-CR-2042-LRS-2 and ECF No. 582 in 2:07-CR-2071-LRS-1). Furthermore, a review of the Presentence Investigation Report shows that Plaintiff has more than four criminal history points (Paragraph 217 in ECF No. 581 in 2:07-CR-2042-LRS-2, and in ECF No. 368 in 2:07-CR-2071-LRS-1), including a prior three point offense (*Id.* at Paragraph 213). Either one of those things would make him ineligible for relief under the safety valve provision as amended by the First Step Act of 2018. See 18 U.S.C. § 3553(f)(1)(A) and (B).

Defendant's Motion To Reduce Sentence Pursuant To 18 U.S.C. §3582(c)(2) And The First Step Act of 2018 (ECF No. 877 in 2:07-CR-2042-LRS-2; ECF No. 644 in 2:07-CR-2071-LRS-1; and ECF No. 86 in 2:07-CR-2088-LRS) is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and provide copies to Defendant and to the U.S. Attorney for the Eastern District of Washington.

**DATED** this ___2nd___ day of July, 2019.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Senior United States District Judge

**ORDER DENYING MOTION- 2**